**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada
                              (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   KONA GOLD, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   9 0 – 0 7 4 2 7 9 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 115 & 139 STATE ROUTE 341 | 316 CALIFORNIA AVENUE # 94 |
   | Number        Street | Number        Street |
   | | P.O. Box |
   | MOUND HOUSE       NV    89501 | RENO       NV    89501 |
   | City         State   ZIP Code | City         State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | LYON | |
   | County | Number        Street |
   | | City         State    ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **KONA GOLD, LLC**
_____   Case number *(if known)*_____
Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

| Debtor | KONA GOLD, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | KONA GOLD, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/04/2017
          MM  / DD / YYYY

✖ /s/ Steve Davis                                           Steve Davis
Signature of authorized representative of debtor          Printed name

Title  Manager

18. **Signature of attorney**

✖ /s/ /s/ J. Craig Demetras                    Date   05/04/2017
Signature of attorney for debtor                      MM   / DD / YYYY

J. Craig Demetras
Printed name

Law Offices of J. Craig Demetras
Firm name

230 E. LIBERTY STREET
Number        Street

RENO                                    NV          89501
City                                    State       ZIP Code

(775) 348-4600                          mail@demetras-oneill.com
Contact phone                           Email address

4246                                    NV
Bar number                              State

---

**Fill in this information to identify the case:**

Debtor name    KONA GOLD, LLC

United States Bankruptcy Court for the:    Nevada

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name

JIN DE LAND

Creditor's mailing address

901 CORPORATE CENTER DRIVE #500
MONTEREY PARK, CA 91754

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien

115 & 139 State Route 341

Mound House, NV 89706

Describe the lien
NOTE

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000,000.00    $ 500,000.00

---

**2.2** Creditor's name

LYON COUNTY TREASURER

Creditor's mailing address

27 SOUTH MAIN STREET
YERINGTON, NV 89447

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number   1 - 0 3

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

139 STATE ROUTE 341

MOUND HOUSE, NV 89706

Describe the lien
NOTE

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,221.00    $ 0.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 2,316,221.00

Debtor    KONA GOLD, LLC
          Name                                                    Case number *(if known)*_____

## Part 1: Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

WILLIAM W. & SALLY A. TARGOSH

**Creditor's mailing address**

1002 WINTERS PARKWAY
DAYTON, NV 89403

**Creditor's email address, if known**

_____

**Date debt was incurred**    9/28/2011

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

115 STATE ROUTE 341
MOUND HOUSE, NV 89706

$310,000.00    $500,000.00

**Describe the lien**
NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

$0.00    $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    KONA GOLD, LLC
_____
            Name

Case number (if known)_____

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| INCORP SERVICES, INC.<br>3773 HOWARD HUGHES PKWY, STE 500S<br>LAS VEGAS, NV 89169 | Line 2. 1 | __ __ __ __ |
| McDONALD CARANO WILSON, LLP<br>c/o JOHN FRANKOVICH, P. O. BOX 2670<br>RENO, NV 89505 | Line 2. 1 | __ __ __ __ |
| CHARLES KOZAK<br>3100 MILL ST., STE 115<br>RENO, NV 89502 | Line 2. 3 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor  KONA GOLD, LLC

United States Bankruptcy Court for the:  Nevada

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>CHRIS PETERSON | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,958.00 | $12,475.00 |
| Date or dates debt was incurred | Basis for the claim:<br>WAGES | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| **2.2** Priority creditor's name and mailing address<br>DARCY MCMILLIN<br>P. O. 794<br>VIRGINIA CITY, NV 89440 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,180.00 | $19,180.00 |
|---|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>WAGES | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| **2.3** Priority creditor's name and mailing address<br>INTERNAL REVENUE SERVICE<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,792.00 | $19,792.00 |
|---|---|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>Taxes and Other Government Debts | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | | |

Debtor    KONA GOLD, LLC
_____
Name

Case number (if known) _____

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4**   **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
4600 KIETZKE LANE, SUITE L-235
RENO, Nevada 89502

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** taxes
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 655.00     $ 655.00

---

**2.5**   **Priority creditor's name and mailing address**

_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 0.00     $ 0.00

---

**2.6**   **Priority creditor's name and mailing address**

_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____     $ _____

---

**2.7**   **Priority creditor's name and mailing address**

_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____     $ _____

---

Debtor  KONA GOLD, LLC
         Name

Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**  Nonpriority creditor's name and mailing address

AETNA INSURANCE

151 FARMINGTON AVENUE

HARTFORD, CT 06156

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 8,532.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.2**  Nonpriority creditor's name and mailing address

CHRIS PETERSON

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: non-priority wage claim

$ 17,483.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.3**  Nonpriority creditor's name and mailing address

DELTA DENTAL

3560 DELTA DENTAL DRIVE

ST. PAUL, MN 55122

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 500.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.4**  Nonpriority creditor's name and mailing address

DEMETRAS & O'NEILL

230 E. LIBERTY STREET

RENO, NV 89501

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 12,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.5**  Nonpriority creditor's name and mailing address

FRANK & LINDA MARCIN

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 10,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address

GARRET WEYAND

608 DURWOOD

LACANADA, CA 91011

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$ 40,851.00

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor ___KONA GOLD, LLC_____
          Name

Case number (if known)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7** | Nonpriority creditor's name and mailing address

INTERNAL REVENUE SERVICE

P. O. BOX 7346
PHILADELPHIA, PA 19101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ NOTICE ONLY

---

**3.8** | Nonpriority creditor's name and mailing address

INTUIT

2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,796.00

---

**3.9** | Nonpriority creditor's name and mailing address

KATE MCMANUS

1637 H STREET
NAPA, CA 94559

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 52,357.00

---

**3.10** | Nonpriority creditor's name and mailing address

MARK HILL

1637 H STREET
NAPA, CA 94559

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,000.00

---

**3.11** | Nonpriority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION

1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, Nevada 89706-7937

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ NOTICE ONLY

---

Debtor    KONA GOLD, LLC
          Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** Nonpriority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION

4600 KIETZKE LANE, SUITE L-235
RENO, Nevada 89502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$714.70

Date or dates debt was incurred _____

Last 4 digits of account number   1  0  4  0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

NEVADA DEPARTMENT OF TAXATION

555 E. WASHINGTON AVENUE #1300
LAS VEGAS, Nevada 89101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$NOTICE ONLY

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

NEVADA EMPLOYMENT SECURITY DIVISION

500 E. THIRD STREET
CARSON CITY, Nevada 89713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$7,303.00

Date or dates debt was incurred _____

Last 4 digits of account number   1  6  0  0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

NORTH AMERICAN MAPPING

2175 GREEN VISTA DRIVE
SPARKS, NV 89431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$18,000.00

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

NV ENERGY

P. O. BOX 10100
RENO, NV 89520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$1,799.00

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17**   Nonpriority creditor's name and mailing address

OFFICE OF THE U.S. TRUSTEE

300 BOOTH STREET, ROOM 3009

RENO, Nevada 89509

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ NOTICE ONLY

---

**3.18**   Nonpriority creditor's name and mailing address

RICHARD LAPRAIRE

1595 ASBURY LANE

RENO, NV 89523

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 22,437.00

---

**3.19**   Nonpriority creditor's name and mailing address

ROBERT G. CUFFNEY

1595 ASBURY LANE

RENO, NV 89523

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 9,409.00

---

**3.20**   Nonpriority creditor's name and mailing address

SHAFER EQUIPMENT CO.

955 GREG ST

SPARKS, NV 89431

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 6,186.00

---

**3.21**   Nonpriority creditor's name and mailing address

SOCIAL SECURITY ADMINISTRATION

160 SPEAR STREET, SUITE 1300

SAN FRANCISCO, California 94105-1545

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ NOTICE ONLY

Debtor     KONA GOLD, LLC
           _____
           Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.22** Nonpriority creditor's name and mailing address

STEVE DAVIS

316 CALIFORNIA AVENUE #94

RENO, NV 89501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$89,304.00

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

T.D. JEFFERSON

P. O. BOX 5772

INCLINE VILLAGE, NV 89450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$8,266.00

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

THE COMPUTER GUY

1185 CALIFORNIA AVENUE, STE G

RENO, NV 89509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$5,030.00

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

WOODBURN & WEDGE

6100 NEIL LANE #500

RENO, NV 89511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$50,000.00

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   KONA GOLD, LLC
         Name                                              Case number (if known)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1.  NEVADA LABOR COMMISSION<br>1818 COLLEGE PKWY, SUITE 102<br>CARSON CITY, Nevada 89706-7986 | Line 2.2<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2.  KERN & ASSOCIATES, LTD<br>5421 KIETZKE LANE, SUITE 200<br>RENO, NV 89511 | Line 3.15<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3.  SUMMIT COLLECTION SERVICES<br>491 COURT STREET<br>RENO, NV 89501 | Line 3.24<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____<br>❑ Not listed. Explain _____ | __ __ __ __ |

Debtor     KONA GOLD, LLC
           _____          Case number *(if known)* _____
           Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 69,585.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 372,967.70 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 442,552.70 |

**Fill in this information to identify the case:**

Debtor name    KONA GOLD, LLC

United States Bankruptcy Court for the:    Nevada

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | STEVE DAVIS 316 CALIFORNIA AVENUE #94 RENO, NV89501 | | | | | | $89,304.00 |
| 2 | KATE MCMANUS 1637 H STREET NAPA, CA94559 | | | | | | $52,357.00 |
| 3 | WOODBURN & WEDGE 6100 NEIL LANE #500 RENO, NV89511 | | | | | | $50,000.00 |
| 4 | GARRET WEYAND 608 DURWOOD LACANADA, CA91011 | | | | | | $40,851.00 |
| 5 | CHRIS PETERSON | | WAGES | | | | $29,958.00 |
| 6 | RICHARD LAPRAIRE 1595 ASBURY LANE RENO, NV89523 | | | | | | $22,437.00 |
| 7 | INTERNAL REVENUE SERVICE P. O. BOX 7346 PHILADELPHIA, PA19101 | | Taxes and Other Government Debts | | | | $19,792.00 |
| 8 | NORTH AMERICAN MAPPING 2175 GREEN VISTA DRIVE SPARKS, NV89431 | | | | | | $18,000.00 |

Debtor    KONA GOLD, LLC _____

Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CHRIS PETERSON | | non-priority wage claim | | | | $17,483.00 |
| 10 | DEMETRAS & O'NEILL 230 E. LIBERTY STREET RENO, NV89501 | | | | | | $12,000.00 |
| 11 | DARCY MCMILLIN P. O. 794 VIRGINIA CITY, NV89440 | | WAGES | | | | $11,856.00 |
| 12 | FRANK & LINDA MARCIN | | | | | | $10,000.00 |
| 13 | ROBERT G. CUFFNEY 1595 ASBURY LANE RENO, NV89523 | | | | | | $9,409.00 |
| 14 | AETNA INSURANCE 151 FARMINGTON AVENUE HARTFORD, CT06156 | | | | | | $8,532.00 |
| 15 | T.D. JEFFERSON P. O. BOX 5772 INCLINE VILLAGE, NV89450 | | | | | | $8,266.00 |
| 16 | INTUIT 2700 COAST AVENUE MOUNTAIN VIEW, CA94043 | | | | | | $7,796.00 |
| 17 | See Attachment 1 500 E. THIRD STREET CARSON CITY, NV89713 | | | | | | $7,303.00 |
| 18 | SHAFER EQUIPMENT CO. 955 GREG ST SPARKS, NV89431 | | | | | | $6,186.00 |
| 19 | THE COMPUTER GUY 1185 CALIFORNIA AVENUE, STE G RENO, NV89509 | | | | | | $5,030.00 |
| 20 | MARK HILL 1637 H STREET NAPA, CA94559 | | | | | | $5,000.00 |

Attachment
Debtor: KONA GOLD, LLC        Case No:

Addendum 1

    a.   NEVADA EMPLOYMENT SECURITY DIVISION

---

**Fill in this information to identify the case and this filing:**

Debtor Name   KONA GOLD, LLC

United States Bankruptcy Court for the:    Nevada

Case number (*If known*):   _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/04/2017            ✘ /s/ Steve Davis_____
           MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                               Steve Davis_____
                                               Printed name

                                               Manager_____
                                               Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## NEVADA

In Re:                                     Case No.

     **KONA GOLD, LLC**

        Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

     I (WE) **KONA GOLD, LLC** , the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed and dated original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number (s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐     If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☒     If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐     If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: **May 4, 2017**

Signed: **/s/ Steve Davis**
               (Applicant)                                                (Joint Applicant)

## PART II - DECLARATION OF ATTORNEY

     I ***declare under penalty of perjury*** that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s) (Official Form B21) before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: **May 4, 2017**

Attorney for Debtor(s) **/s/ /s/ J. Craig Demetras**

                                     **J. Craig Demetras**

Address of Attorney    **230 E. LIBERTY STREET**

                                     **RENO, Nevada 89501**

AETNA INSURANCE
151 FARMINGTON AVENUE
HARTFORD, CT 06156


CHARLES KOZAK
3100 MILL ST., STE 115
RENO, NV 89502


CHRIS PETERSON


DARCY MCMILLIN
P. O. 794
VIRGINIA CITY, NV 89440


DELTA DENTAL
3560 DELTA DENTAL DRIVE
ST. PAUL, MN 55122


DEMETRAS & O'NEILL
230 E. LIBERTY STREET
RENO, NV 89501


FRANK & LINDA MARCIN


GARRET WEYAND
608 DURWOOD
LACANADA, CA 91011


INCORP SERVICES, INC.
3773 HOWARD HUGHES PKWY
STE 500S
LAS VEGAS, NV 89169

INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101


INTUIT
2700 COAST AVENUE
MOUNTAIN VIEW, CA 94043


JIN DE LAND
901 CORPORATE CENTER DRIVE #500
MONTEREY PARK, CA 91754


KATE MCMANUS
1637 H STREET
NAPA, CA 94559


KERN & ASSOCIATES, LTD
5421 KIETZKE LANE
SUITE 200
RENO, NV 89511


LYON COUNTY TREASURER
27 SOUTH MAIN STREET
YERINGTON, NV 89447


MARK HILL
1637 H STREET
NAPA, CA 94559


McDONALD CARANO WILSON, LLP
c/o JOHN FRANKOVICH
P. O. BOX 2670
RENO, NV 89505


NEVADA DEPARTMENT OF TAXATION
4600 KIETZKE LANE, SUITE L-235
RENO, NV 89502

```
NEVADA DEPARTMENT OF TAXATION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101


NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706-7937


NEVADA EMPLOYMENT SECURITY DIVISION
500 E. THIRD STREET
CARSON CITY, NV 89713


NEVADA LABOR COMMISSION
1818 COLLEGE PKWY
SUITE 102
CARSON CITY, NV 89706-7986


NORTH AMERICAN MAPPING
2175 GREEN VISTA DRIVE
SPARKS, NV 89431


NV ENERGY
P. O. BOX 10100
RENO, NV 89520


OFFICE OF THE U.S. TRUSTEE
300 BOOTH STREET, ROOM 3009
RENO, NV 89509


RICHARD LAPRAIRE
1595 ASBURY LANE
RENO, NV 89523


ROBERT G. CUFFNEY
1595 ASBURY LANE
RENO, NV 89523
```

SHAFER EQUIPMENT CO.
955 GREG ST
SPARKS, NV 89431


SOCIAL SECURITY ADMINISTRATION
160 SPEAR STREET, SUITE 1300
SAN FRANCISCO, CA 94105-1545


STEVE DAVIS
316 CALIFORNIA AVENUE #94
RENO, NV 89501


STEVE DAVIS
316 CALIFORNIA AVENUE # 94
RENO, NV 89501


SUMMIT COLLECTION SERVICES
491 COURT STREET
RENO, NV 89501


T.D. JEFFERSON
P. O. BOX 5772
INCLINE VILLAGE, NV 89450


THE COMPUTER GUY
1185 CALIFORNIA AVENUE, STE G
RENO, NV 89509


WILLIAM W. & SALLY A. TARGOSH
1002 WINTERS PARKWAY
DAYTON, NV 89403


WOODBURN & WEDGE
6100 NEIL LANE #500
RENO, NV 89511

**UNITED STATES BANKRUPTCY COURT**
**Nevada**

In re:   **KONA GOLD, LLC**

Case No. _____

Chapter  **11** _____

Debtors

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **May 4, 2017** _____

Signed:   **/s/ Steve Davis** _____

Dated:   _____

Signed:   _____

Signed:   **/s/ /s/ J. Craig Demetras** _____
**J. Craig Demetras**
**Attorney for Debtor(s)**
**Bar no.: 4246**
**230 E. LIBERTY STREET**
**RENO, Nevada 89501**
**Telephone No: (775) 348-4600**
**Fax No: (775) 348-9315**

**E-mail address:**
**mail@demetras-oneill.com**