1   NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
    State Bar #CA 117234
2   WILLIAM B. COSSITT, #3484
    Office of the United States Trustee
3   300 Booth Street, Room 3009
    Reno NV  89509
4   Telephone: (775) 784-5335
    Fax: (775) 784-5531
5
6   Attorneys for United States Trustee
    Tracy Hope Davis
7
8
                    UNITED STATES BANKRUPTCY COURT
9
                         DISTRICT OF NEVADA
10
11  In re                          )      Case no: BK-N-17-50562-btb
                                   )
12  KONA GOLD, LLC,                )      Chapter 11
                                   )
13                                 )      APPOINTMENT OF THE
                                   )      OFFICIAL COMMITTEE OF
14                                 )      UNSECURED CREDITORS
                                   )
15              Debtor,            )
    _____    )
16
    TO THE HONORABLE BRUCE T. BEESLEY, BANKRUPTCY JUDGE:
17
18          Pursuant to Section 1102(a) of the Bankruptcy Code, Tracy Hope Davis, the United

19  States Trustee for Region 17, hereby appoints the following unsecured creditors to be members

20  of the official committee of unsecured creditors in the above captioned case:

21  1.      ROBERT CUFFNEY
            7750 W. 4th St. #321
22          Reno, NV  89523

23
                        Phone: (775) 842-6780
24                      E-mail:  oreseeker@gmail.com

25  2.      DARCY McMILLIN
            P.O. Box 794
26          Virginia City, NV 89440

27

28                                  1

1

Phone:  (775) 313-3173
Fax: (775) 851-2475
E-mail:  singoutloud@yahoo.com

2

3

4    3.    RICHARD G. LaPRAIRIE, PE
1595 Ashbury Lane
5    Reno, NV 89523

6

7

Phone:  (775) 746-1980
E-mail:  RICHARDLAPRAIRIE@ME.COM

8

DATED this 30th day of June, 2017.

9

10

Respectfully submitted,

11

Nicholas Strozza
State Bar # CA 117234
12    William B. Cossitt
State Bar #3484
13    300 Booth Street, #3009
Reno NV 89509
14    (775) 784-5335

15

/s/ WILLIAM B. COSSITT

16    _____

Attorneys for United States Trustee
17    Tracy Hope Davis

18

19

20

21

22

23

24

25

26

27

28                                    2

1

2

**CERTIFICATE OF SERVICE**

3    1.    On June 30, 2014 I served the foregoing APPOINTMENT OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS.

4

5    2.    I served the above-named document( by the following means to the persons as listed
below:

6    ☑    a.  ECF System:

7

8    • KAREN M. AYARBE    karenayarbe@kernltd.com,
christinelamia@kernltd.com;gakltd@kernltd.com;jessebrackney@kernltd.com

9    • J CRAIG DEMETRAS    mail@demetras-oneill.com

10   • CHARLES R. KOZAK    chuck@kozaklusianilaw.com, dedra@kozaklusianilaw.com
     • U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

11

12   ☑    b.  U.S. Mail, postage fully prepaid:

13   KONA GOLD, LLC
     316 California Ave. #94
14   Reno, NV 89501

15

16   I declare under penalty of perjury that the foregoing is true and correct.

17        DATED this 30th day of June, 2017.

18                              /s/ Jared Day
19                              JARED DAY, ESQ.

20

21

22

23

24

25

26

27

28                              3