John White, Esq.
Bar Number 1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com

Proposed counsel to Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

KONA GOLD, LLC

                    Debtor.

Case No: BK-N-17-50562-btb
Chapter 11

COMMITTEE'S RESPONSE TO THE
MOTION TO EMPLOY THE LAW
OFFICES OF J. CRAIG DEMETRAS

Hearing Date: August 23, 2017
Hearing Time: 10:00 a.m.
Est. Time: 20 minutes

COMES NOW THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ("Committee"), by and through its proposed counsel, White Law Chartered, who conditionally objects to the Debtor's Motion to hire the Law Offices of J. Craig Demetras ("Motion"), on the grounds that the Committee cannot determine if Mr. Demetras is disinterested unless and until Debtor responds to the Committee's July 9, 2017 discovery request.

In support of this Objection, the Committee relies upon 11 USC §1103(a) and FRBP 2014(a), the below Points and Authorities, the Declaration of Richard LaPrairie, filed separately herewith, and the files and records in this case.

1

Dated this 8th day of August, 2017.                Submitted by:

WHITE LAW CHARTERED

_____
John White, Esq.

1

2 POINTS AND AUTHORITIES

3 **FACTS**

4 **Case Overview**    This Debtor's Schedules show $876,700 in assets and $2,758,773.70

5 in liabilities. See page 13 of Dkt 10. Its main assets are two parcels of real property in

6 Mound House, Nevada, being 115 (APN 016-171-03) and 139 (APN 016-171-04) State

7 Route 341. The Schedules place a total value of $500,000 on 115 and 139 State Route

8 341, making these two parcels Debtor's main asset. See Schedule D (Dkt 1). Debtor's

9 largest creditor by far is Jin De Land's $2,000,000 claim, listed as secured by 115 and

10 139 State Route 341. Schedule D (Dkt 1). Neither the Schedules nor the Statement of

11 Affairs give any information concerning Jin De Land.

12 Debtor's liabilities include $6,783 from one Garret Weyand, being an advance to

13 the Debtor for Mr. Demetras' cost and fee retainer (see Form 2030 at 28 of Dkt 10).

14 Mr. Weyand also has a $40,851 general unsecured claim (Page 10 of Dkt 1) and is a

15 5% owner of Debtor. See Motion, page 3. Liabilities also include $12,000 to Demetras

16 and O'Neill (Page 10 of Dkt 1) and $89,304 to Steve Davis (Dkt 1, page 14), Debtor's

17 manager. Debtor apparently intends to reorganize. See Motion, Paragraph 4 (Dkt 32,

18 page 2.

19

20 **Mr. Demetras may not be disinterested.**

21 As indicated, according to the Schedules Debtor owns 115 and 139 State Route 341 in

22 Mound House, Lyon County, Nevada.

23 115 Hwy 341. However, according to the Lyon County Assessor, only 139 hwy 341

24 (APN 016-171-03) is owned by the Debtor. According to the Lyon county assessor, 115

25 Hwy 341 (APN 016-171-04) is a single family residence which is now and since Febru-

26 ary 2014 has been owned by MH Equipment, 315 California Ave. #94, Reno NV 89509

27 rather than by Debtor. According to the Nevada Secretary of State, Steve Davis is

28 President and Craig Demetras is resident agent of MH Equipment, a revoked Nevada

Corporation. The Lyon County Recorder shows that foreclosure proceeding were instituted against MH Equipment on January 6, 2016 (Doc # 545347). Undersigned was unable to ascertain the disposition of that foreclosure from the Recorder's site. The assessor's site carries a warning "This is not a complete History and should not be used in place of a title search."

La Canada Gold and Silver Mining, LLC. The Nevada Secretary of States shows another Nevada LLC, La Canada Gold and Silver Mining, LLC. It is shown as a corporation in good standing. Debtor's manager, Steve Davis is listed as resident agent and Garrett Weyand, a creditor in this case, is listed as manager. Movant states that La Canada is a 16% owner of Debtor. See Motion, page 3.

Kona Gold Mining Corporation. The Nevada Secretary of State shows another corporation, Kona Gold Mining Corporation., a defaulted corporation. Mr. Demetras is listed as resident agent and Steven Davis is listed as President. Debtor, Kona Gold LLC listed itself as a subsidiary of Kona Gold Mining Corporation in its Web Site (http://docslide.com.br/documents/20160721-summary-kona-gold-mining-v1-no-number.html See Exhibit 2 to Mr. LaPrairie's Declaration, filed herewith. That web site was taken down sometime after this case was filed. See LaPrairie Declaration, paragraph 4.

Because of these and similar questions, the Committee is unable to determine whether Mr. Demetras is disinterested. On July 9, 2017, the Committee sent Mr. Demetras a request for information which would assist the Committee in making this determination. See Exhiibt 1 to Mr. LaPrairie's Declaration. However, no response to this request has yet been received.

**Argument**

11 USC §1106 requires a Chapter 11 Debtor to perform the Debtor's duty under 11 USC § 704(a)(7), being to furnish requested information to a party in interest. The Committee is a party in interest. 11 USC § 1109(b). The information requested by the Committee is necessary to determine whether Mr. Demetras is disqualified as counsel

1  for Debtor due to disinterestedness.  11 USC § 327(a) requires that counsel for the

2  Debtor be disinterested. 11 USC § 1103(c)(2) authorizes the Committee to investigate

3  " . . .any . . . matter relevant to the case . . ."

4    Therefore Debtor is required to furnish the information requested. Further, as that

5  information is needed in order for the Committee to reasonably formulate a response

6  to the Motion, the hearing on the Motion should be set off until at least 7 days after

7  Debtor supplies the information requested in the Committee's Request for Documents.

8    Dated this 8th day of August, 2017.     Submitted by:

9                         WHITE LAW CHARTERED

10

11                        John White, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

On August 8, 2017 I served a true and correct copy of the COMMITTEE'S RE-
SPONSE TO THE MOTION TO EMPLOY THE LAW OFFICES OF J. CRAIG DEME-
TRAS by **United States mail, first class postage fully prepaid** to the persons as
listed below:


U.S. Trustee-RN-11                          Karen M. Ayabe Kern and Associates,
300 Booth Street, STE 3009                  Ltd. 5421 Kietzke Lane, Suite 200
Reno, NV 89509-1362                         Reno, NV 89511

J Craig Demetras                            Official Committee of Unsecured Cred-
230 E. Liberty St                           itors 1595 Ashbury Lane
Reno, NV 89501-2211                         Reno, NV 89523

Kona Gold
316 California Avenue #94
Reno, NV 89501

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on August 8th, 2017.

Vonda Fischer