_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 30, 2017

LAW OFFICES OF J. CRAIG DEMETRAS
J. Craig Demetras
State Bar No. 4246
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600
(775) 348-9315 Facsimile

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No. BK-N-17-50562-btb |
| | **ORDER GRANTING MOTION TO EMPLOY THE LAW OFFICES OF J. CRAIG DEMETRAS** |
| KONA GOLD, LLC | |
| Debtor. | Hearing Date: August 23, 2017 |
| _____/ | Hearing Time: 10:00 a.m. |

    Upon the filing of the Motion to Employ the Law Offices of J. Craig Demetras dated July 20, 2017, [Doc # 32] for an order authorizing the Debtor to employ and retain the Law Offices of J. Craig Demetras as attorneys under a general retainer, and upon the annexed affidavit of J. Craig Demetras, a member of the Law Offices of J. Craig Demetras, sworn to on July 20, 2017, and it appearing that the member is duly admitted to practice before this Court, and the Court

1

being satisfied that said attorney represents no interest adverse to the estate with respect to matters upon which it is to be engaged, that it is a disinterested person under 11 U.S.C. §§ 101(14) and 327, that its employment is necessary and would be in the best interests of the estate, and good cause appearing, therefor

   IT IS HEREBY ORDERED that the Debtor, Kona Gold, LLC, is hereby authorized to employ and retain the Law Offices of J. Craig Demetras as its attorney under a general retainer to perform all of the services set forth in the Motion to Employ the Law Offices of J. Craig Demetras and annexed documents, with such compensation as is approved by the Court.

   IT IS FURTHER ORDERED that any claim Demetras & O'Neill may have in this case is waived.

   IT IS FURTHER ORDERED that the employment of the Law Offices of J. Craig Demetras is approved *nunc pro tunc* as of May 4, 2017.

Submitted by:
Law Offices of J. Craig Demetras

/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

**Approved**/Disapproved

/s/ William B. Cossitt
By: William B. Cossitt
Attorney for U. S. Trustee

**Approved**/Disapproved

/s/ John White
By: John White
Attorney for Unsecured Creditors Committee

2

<u>ALTERNATIVE METHODS re: RULE 9021</u>

In accordance with L. R. 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

_____   The court waived the requirements of L. R. 9021(b)(1).

_____   No party appeared at the hearing or filed an objection to the motion.

\_\_\_x\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

William B. Cossitt
**Approved**

John White
**Approved**

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

DATED August 28, 2017:

                                                Law Offices of J. Craig Demetras

<u>/s/ J. Craig Demetras</u>
By: J. Craig Demetras
Attorney for Debtor

####

3