_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 12, 2017

John White, Esq. (NV Bar No. 1741)
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
Telephone: 775-322-8000
Facsimile: 775-322-1228
Email: john@whitelawchartered.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

KONA GOLD, LLC

Debtor.

Case No: BK-N-17-50562-btb
Chapter 11

ORDER AUTHORIZING AND
APPROVING THE EMPLOYMENT
OF WHITE LAW CHARTERED AS
COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS EFFECTIVE AS OF
AUGUST 1, 2017

Hearing Date: Sept. 5, 2017
Hearing time: 10:00 a.m.

Upon consideration of the Application of the Official Committee of Unsecured Creditors for Order Pursuant to 11 U.S.C §§ 105 and 1103(a) Authorizing and Approving the Employment and Retention of White Law Chartered as Counsel for the Official

1

Committee of Unsecured Creditors (the "Application")[1] and the Declaration of John White in support of the Application (the "White Declaration") filed by the Official Committee of Unsecured Creditors (the "Committee") of Kona Gold, LLC (the "Debtor"), pursuant to sections 328(a) and 1103(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Nevada (the "Local Rules"), for an order authorizing and approving the retention and employment of White Law Chartered ("WLC") as counsel for the Committee in this Chapter 11 case; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Committee is authorized to retain and employ WLC as counsel to the Committee effective as of August 1, 2017. Subject to Court approval, WLC may be compensated for services rendered and reimbursed for expenses incurred beginning on August 1, 2017.

3. WLC shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's case as set forth in the Application and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

1  and orders of this Court.

2      4.  The Committee and WLC are authorized and empowered to take all actions
3  necessary to implement the relief granted in this Order.

4      5.  The Court shall retain jurisdiction to hear and determine all matters arising
5  from the implementation of this Order.

6                                          # # #

7

8  PREPARED AND SUBMITTED BY:

9     /s/ *John White*
   ──────────────────────────
10 John White (NV Bar No. 1741)
   WHITE LAW CHARTERED
11 335 W. 1st Street
   Reno, NV 89503
12 Telephone: (775) 322-8000
   Facsimile: (775) 322-1228
13 Email: john@whitelawchartered.com
14 Proposed Counsel for the Official
   Committee of Unsecured Creditors
15

16 APPROVED THIS ___ DAY OF

17 SEPTEMBER, 2017

18 __WILLIAM COSSITT__
   *Digitally signed by WILLIAM COSSITT*
   *DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=EOUST, cn=WILLIAM COSSITT, 0.9.2342.19200300.100.1.1=15001002144671*
   *Date: 2017.09.08 08:21:07 -07'00'*
   William B. Cossitt, Esq.
19 Trial attorney for United States
20 Trustee Tracy Hope Davis

21

22

23

24

25

26

27

28

3