LAW OFFICES OF J. CRAIG DEMETRAS
J. Craig Demetras
State Bar No. 4246
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600 Telephone
(775) 348-9315 Facsimile

E-FILED ON NOVEMBER 7, 2017

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:

KONA GOLD, LLC

Debtor.
_____/

Case No. BK-N-17-50562-BTB

Chapter 11

**SUBMISSION OF MONTHLY OPERATING REPORT - SEPTEMBER, 2017**

NO HEARING REQUIRED

    Debtor, by and through its counsel, J. Craig Demetras of the Law Offices of J. Craig Demetras, hereby submits its Monthly Operating Report for September, 2017.

    Respectfully submitted this 7th day of November, 2017.

Law Offices of J. Craig Demetras

/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Debtor

S:\CLIENT\Kona Gold, LLC\Bankruptcy\Pleadings\Monthly Operating Report - September, 2017 11.7.17.wpd

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: [CASE NAME]   Kona Gold, LLC

Case No.   17-50562

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Sep-17             PETITION DATE: 05/04/17

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $600,000 | $600,000 | |
| b. Total Assets | $600,000 | | $600,000 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $300,000 | | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | | $0 |
| b. Total Disbursements | $0 | $575 | $575 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | ($575) | ($575) |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $0 | ($575) | ($575) |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $0 | | |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | no |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | no |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | no |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | |
| 13. Are a plan and disclosure statement on file? | | no |
| 14. Was there any post-petition borrowing during this reporting period? | | no |

15. Check if paid: Post-petition taxes ___;   U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11/2/17

Responsible Individual

Revised 1/1/98