UNITED STATES BANKRUPTCY COURT
DISTRICT OF  NEVADA

In re:                                            §
                                                  §
KONA GOLD, LLC                                    §        Case No. 17-50562
                                                  §
                  Debtor                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/04/2017. The case was converted to one under Chapter 7 on 01/04/2018. The undersigned trustee was appointed on 01/04/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   50,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 18,674.20 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 31,825.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/18/2018 and the deadline for filing governmental claims was 07/03/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,775.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,775.00 , for a total compensation of $ 5,775.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 93.50 , for total expenses of $ 93.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2021                By:/s/W. Donald Gieseke, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 17-50562 | BTB | Judge: Bruce T. Beesley | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|---|
| Case Name: | KONA GOLD, LLC | | | Date Filed (f) or Converted (c): | 01/04/18 (c) |
| | | | | 341(a) Meeting Date: | 01/31/18 |
| For Period Ending: | 01/07/21 | | | Claims Bar Date: | 05/18/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMPUTERS & MONITORS | 3,000.00 | 0.00 | | 0.00 | FA |
| 2. 2 ROUGHING TABLES, JIG, AGI DISK FILTER, MAG SEPA | 73,700.00 | 0.00 | | 0.00 | FA |
| 3. 115 & 139 STATE ROUTE 341 MOUND HOUSE, NV 89706 | 500,000.00 | 0.00 | | 0.00 | FA |
| LIENS OF OVER $2 MILLION FROM JIN DE LAND LIEN AND SALLY TARGOSH FILED LIFT STAY ON PROPERTY ORDER - GRANTED ON 1-8-18 - SEE DOCKET #118.  OTHER LIENS ON PROPERTY. | | | | | |
| 4. ORE PILE | 300,000.00 | 0.00 | | 0.00 | FA |
| TRUSTEE DETERMINED ORE PILE SOLD BEFORE BK - NO VALUE - NON EXISTENT ORE PILE. | | | | | |
| 5. RECOVERY OF FUNDS TRANSFERRED TO INSIDERS (u) | 50,500.00 | 50,500.00 | | 50,500.00 | FA |
| 19-05018 ADVERSARY AGAINST PRINCIPAL OF THE DEBTOR, STEVE DAVIS, & HIS EX WIFE & SON. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $927,200.00 | $50,500.00 | | $50,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

01-05-21 - RECEIVED FINAL SETTLEMENT PAYMENT (#4) FROM PRINCIPAL OF DEBTOR - SEE ASSET #5.

12-16-20 - RECEIVED SETTLEMENT PAYMENT #3 FROM PRINCIPAL OF DEBTOR - SEE ASSET #5.

10-12-20 - RECEIVED SETTLEMENT PAYMENT #2 FROM PRINCIPAL OF DEBTOR - SEE ASSET #5.

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 17-50562    BTB    Judge: Bruce T. Beesley | Trustee Name:    W. Donald Gieseke, Trustee |
| Case Name: | KONA GOLD, LLC | Date Filed (f) or Converted (c):    01/04/18 (c) |
| | | 341(a) Meeting Date:    01/31/18 |
| | | Claims Bar Date:    05/18/18 |

9-30-20 - DUE TO COVID THE NEXT $25K PAYMENT IS DELAYED AS PRINCIPAL OF THE DEBTOR, STEVE DAVIS, IS UNABLE TO MAKE THE PAYMENT - HE IS UNEMPLOYED AT THIS TIME - SEE ASSET #5.

6-30-20 - DUE TO COVID THE NEXT $25K PAYMENT IS DELAYED AS PRINCIPAL OF THE DEBTOR, STEVE DAVIS, IS UNABLE TO MAKE THE PAYMENT - HE IS UNEMPLOYED AT THIS TIME - SEE ASSET #5.

4-7-20 - RECEIVED $25K PAYMENT ON ASSET #5.

1-22-20 9 AM  2nd CONTINUED SCHEDULING CONFERENCE ON ADVERSARY 19-05018 FOR  RECOVERY OF MONIES AGAINST PRINCIPAL OF THE DEBTOR, STEVE DAVIS, FUNDS HE TRANSFERRED TO EX-WIFE & SON AND RECOVERY OF MONIES HE SPENT PERSONALLY FROM FUNDS OF THE KONA GOLD BUSINESS.  SEE ASSET #5.  SEE DOCKET #14 ON ADVERSARY 19-05018 FOR SCHEDULING CONFERENCE HEARING DATE.

12-31-19 - HEARING CONTINUED TO JAN 2020 FOR 2ND CONTINUED SCHEDULING CONFERENCE ON ADVERSARY 19-05018 FOR  RECOVERY OF MONIES AGAINST PRINCIPAL OF THE DEBTOR, STEVE DAVIS.

12-10-19 9 AM - SCHEDULING CONFERENCE ON ADVERSARY 19-05018 FOR  RECOVERY OF MONIES AGAINST PRINCIPAL OF THE DEBTOR, STEVE DAVIS, FUNDS HE TRANSFERRED TO EX-WIFE & SON AND RECOVERY OF MONIES HE SPENT PERSONALLY FROM FUNDS OF THE KONA GOLD BUSINESS.  SEE ASSET #5.  SEE DOCKET #14 ON ADVERSARY 19-05018 FOR SCHEDULING CONFERENCE HEARING DATE.

7-3-19 - ADVERSARY CASE 19-05018 (Docket #142) FILED AGAINST PRINCIPAL OF THE DEBTOR, STEVE DAVIS TO TURN OVER FUNDS HE TRANSFERRED TO HIS EX-WIFE & SON AND TO RECOVER MONIES HE SPENT PERSONALLY FROM FUNDS OF THE KONA GOLD BUSINESS.

3-31-19 - TRUSTEE HAS JUST STARTED TO RECEIVE ELECTRONIC RECORDS AND COMPUTERS OF THE DEBTOR - TRUSTEE IS IN THE PROCESS OF REVIEWING THESE RECORDS.

9-30-18 - TRUSTEE IS TRYING TO DETERMINE WHERE THE $4.2 MILLION INVESTED INTO KONA GOLD WENT - $25K MONTHLY SALARY TO STEVE DAVIS, PRINCIPAL OF THE DEBTOR, EXPENSES IDENTIFIED TO ACQUIRE & DEVELOP MINING CLAIMS INTO ADDITION TO DEVELOPING A PROCESSING FACILITY TO PROCESS SILVER AND OTHER MINING MINERALS.

1-18-18 - COUNSEL, AMY TIERRE, ESQ. EMPLOYED AS COUNSEL FOR TRUSTEE/BK ESTATE - SEE DOCKET #121.

1-8-18 - ORDER FOR LIFT STAY ENTERED - SEE DOCKET #118 - REGARDING ASSET #3.  SALLY TARGOSH LIENS - RELIEF FROM STAY

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit A

| | | |
|---|---|---|
| Case No: | 17-50562    BTB    Judge: Bruce T. Beesley | Trustee Name:    W. Donald Gieseke, Trustee |
| Case Name: | KONA GOLD, LLC | Date Filed (f) or Converted (c):    01/04/18 (c) |
| | | 341(a) Meeting Date:    01/31/18 |
| | | Claims Bar Date:    05/18/18 |

GRANTED.

Initial Projected Date of Final Report (TFR): 12/31/19      Current Projected Date of Final Report (TFR): 12/31/21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 17-50562 -BTB | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|
| Case Name: | KONA GOLD, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0292  Checking Account |
| Taxpayer ID No: | *******2795 | | |
| For Period Ending: | 01/07/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/07/20 | 5 | DEMETRAS & O'NEILL, LLC<br>IOLTA ACCOUNT<br>230 EAST LIBERTY STREET<br>RENO, NV 89501 | SETTLEMENT PAYMENT #1 | 1249-000 | 25,000.00 | | 25,000.00 |
| 06/03/20 | 007001 | LAW OFFICES OF AMY N. TIRRE<br>AMY N. TIRRE, ESQ. #6523<br>A PROFESSIONAL CORP.<br>3715 LAKESIDE DRIVE, SUITE A<br>RENO, NV 89509 | PAYMENT TO ATTORNEY FOR TRUSTEE<br>PER COURT ORDER - SEE DOCKET #155. | | | 18,674.20 | 6,325.80 |
| | | | Fees           18,185.00 | 3210-000 | | | |
| | | | Expenses          489.20 | 3220-000 | | | |
| 10/12/20 | 5 | DEMETRAS & O'NEILL, LLC<br>IOLTA ACCOUNT<br>230 EAST LIBERTY STREET<br>RENO, NV 89501 | SETTLEMENT PYMT #2 | 1249-000 | 8,015.00 | | 14,340.80 |
| 12/16/20 | 5 | STEVE DAVIS TEAM, INC.<br>530 S. LAKE AVE, SUITE 335<br>PASADENA, CA 91101 | SETTLEMENT PAYMENT #3 | 1249-000 | 5,034.00 | | 19,374.80 |
| 01/05/21 | 5 | STEVE DAVIS TEAM | SETTLEMENT PAYMENT #4 | 1249-000 | 12,451.00 | | 31,825.80 |

Page Subtotals       50,500.00       18,674.20

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-50562 -BTB | | Trustee Name: | W. Donald Gieseke, Trustee |
|---|---|---|---|---|
| Case Name: | KONA GOLD, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0292  Checking Account |
| Taxpayer ID No: | *******2795 | | | |
| For Period Ending: | 01/07/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,500.00 | 18,674.20 | 31,825.80 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,500.00 | 18,674.20 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 50,500.00 | 18,674.20 | |
| | | **NET** | **ACCOUNT** |
| TOTAL - ALL ACCOUNTS | **NET DEPOSITS** | **DISBURSEMENTS** | **BALANCE** |
| Checking Account - *******0292 | 50,500.00 | 18,674.20 | 31,825.80 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 50,500.00 | 18,674.20 | 31,825.80 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals             0.00             0.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 07, 2021 |
| Case Number: 17-50562 | | Claim Class, Priority Sequence | | | |
| Debtor Name: KONA GOLD, LLC | | | | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 000014<br>001<br>2950-00 | OFFICE OF THE U.S. TRUSTEE<br>300 BOOTH STREET, ROOM 3009<br>RENO, Nevada 89509 | Administrative<br>(14-1) UNPAID CH 11 FEES - NOT A SCHEDULED PRIORITY CLAIM ON SCH E.  ONLY NOTICE ON SCH F. | $975.75 | $0.00 | $975.75 |
| 000003<br>040<br>5800-00 | LYON COUNTY TREASURER<br>27 SOUTH MAIN STREET<br>YERINGTON, NV 89447 | Priority<br>(3-1) #1800 - PRIORITY UNSECURED CLAIM OF BUSINESS EQUIPMENT - LISTED ON SCH D.  BUSINESS PERSONAL PROPERTY TAXES. | $162.60 | $0.00 | $162.60 |
| 000006<br>040<br>5300-00 | DARCY MCMILLIN<br>P. O. 794<br>VIRGINIA CITY, NV 89440 | Priority<br>WAGES OWED. LINKED TO SCH E. | $12,850.00 | $0.00 | $12,850.00 |
| 000007B<br>040<br>5800-00 | INTERNAL REVENUE SERVICE<br>2525 CAPITOL STREET, SUITE 107<br>M/S INSOLVENCY<br>FRESNO, CA 93721 | Priority<br>LINKED TO SCH E. | $551,540.05 | $0.00 | $551,540.05 |
| 000009<br>040<br>5800-00 | NEVADA EMPLOYMENT<br>SECURITY DIVISION<br>500 E. THIRD STREET<br>CARSON CITY, Nevada 89713 | Priority<br>LINKED TO SCH F | $952.86 | $0.00 | $952.86 |
| 000010<br>040<br>5900-00 | AETNA, INC.<br>DAVID G. SCOTT<br>1425 UNION MEETING RD<br>BLUE BELL PA 19422 | Priority<br>(10-1) RETURNED FOR INSUFFICIENT SIGNATURE  (Modified 8/3/17 to add signed claim to entry) LINKED TO SCH F. | $8,086.50 | $0.00 | $8,086.50 |
| 000013<br>040<br>5800-00 | State of Nevada Department of Taxation<br>555 E. Washington Ave. Ste#1300<br>Las Vegas, NV 89101 | Priority<br>PRIORITY SECURED CLAIMS BY RECORDED LIENS FILED IN WASHOE COUNTY ON 8/27/2015.  LINKED TO SCH E. | $668.70 | $0.00 | $668.70 |
| 000001<br>070<br>7100-00 | LMI Engineering<br>1595 Ashbury Lane<br>Reno, NV 89523 | Unsecured<br>FILED BY RICHARD G. LAPRAIRE. - LINKED TO SCH F. | $65,967.82 | $0.00 | $65,967.82 |
| 000005<br>070<br>7100-00 | T.D. JEFFERSON<br>P. O. BOX 5772<br>INCLINE VILLAGE, NV 89450 | Unsecured<br>(5-1) #2795 -CONTRACT WORK FOR GEOLOGICAL MAPPING AND CLAIM STAKING. LINKED TO SCH F. | $12,534.63 | $0.00 | $12,534.63 |
| 000008<br>070<br>7100-00 | DELTA DENTAL INSURANCE<br>COMPANY<br>C/O JONATHAN NEIL & ASSOC<br>POB 7000<br>TARZANA CA 91357 | Unsecured<br>(8-1) #4573 - LINKED TO SCH F. | $250.16 | $0.00 | $250.16 |
| 000011<br>070<br>7100-00 | ROBERT G. CUFFNEY<br>7750 W. 4TH STREET #321<br>RENO, NV 89523 | Unsecured<br>LINKED TO SCH F. | $13,200.00 | $0.00 | $13,200.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: January 07, 2021 |
| Case Number: 17-50562 | | Claim Class, Priority Sequence | | |
| Debtor Name: KONA GOLD, LLC | | | | |

| Code # | Creditor Name & Address | Claim Class  Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 000012 070 7100-00 | Woodburn and Wedge c/o Seth J. Adams, Esq. 6100 NEIL ROAD, STE 500 Reno, NV 89511 | Unsecured (12-1) Legal Services Performed -LINKED TO SCH F. | $40,000.00 | $0.00 | $40,000.00 |
| 000013A 070 7100-00 | STATE OF NEVADA DEPARTMENT OF TAXATION 555 E. WASHINGTON AVE, SUITE 1300 LAS VEGAS, NV 89101 | Unsecured UNSECURED PORTION OF CLAIM #13 - LINKED TO SCH F | $49.72 | $0.00 | $49.72 |
| 000015 070 7100-00 | SUMMIT COLLECTION SERVICES 491 COURT STREET RENO, NV 89501 | Unsecured COLLECTING FOR CLIFF YOUNG, ATTORNEY -  LNKED TO SCH F. | $11,956.32 | $0.00 | $11,956.32 |
| 000016 070 7100-00 | ROBERT CUFFNEY 7750 W 4TH ST #321 RENO, NV 89523 | Unsecured REPEAT CLAIM OF CLAIM #11 - THIS IS A DUPLICATED CLAIM - WILL ALLOW CLAIM #11. | $10,962.00 | $0.00 | $10,962.00 |
| 000017 070 7100-00 | RICHARD LAPRAIRE 1595 ASBURY LANE RENO, NV 89523 | Unsecured DUPLICATED CLAIM OF CLAIM #1 - WILL PAY ON CLAIM #1. | $65,000.00 | $0.00 | $65,000.00 |
| 000019 070 7100-00 | KATHERINE MCMANUS KATE MCMANUS 30 EMPEROR WAY NAPA CA 94558 | Unsecured MONEY LOANED TO KONA GOLD UNSECURED - LINKED TO SCH F. | $173,357.11 | $0.00 | $173,357.11 |
| 00006A 070 7100-00 | DARCY MCMILLIN P.O. BOX 794 VIRGINIA CITY, NV 89440 | Unsecured UNSECURED PORTION OF WAGES OWED TO DARCY MCMILLIN. | $9,800.00 | $0.00 | $9,800.00 |
| 000002 050 4110-00 | Sally A. Targosh c/o Kozak Lusiani Law LLC Charles R Kozak Esq. 3100 Mill Street Suite 115 Reno NV 89502 | Secured (2-1) Secured by 4 claims -SECURED LIEN (DOT) ON REAL PROPERTY AT 115 STATE ROUTE 341 MOUND HOUSE, NV 89706.   LINKED TO SCH D. | $313,560.00 | $0.00 | $313,560.00 |
| 000004 050 4210-00 | North American Mapping, Inc. c/o Kern & Associates, Ltd. 5421 Kietzke Lane, Ste. 200 Reno, NV 89511 | Secured (4-1) 18% interest (fixed rate) - SECURED RECORDED JUDGMENT - CREDITOR LISTED AS AN UNSECURED CREDITOR. (4-1) CV15-01263 | $26,691.70 | $0.00 | $26,691.70 |
| 000007A 050 4220-00 | INTERNAL REVENUE SERVICE 2525 CAPITOL STREET, SUITE 107, MS INSOLVENCY FRESNO, CA 93721 | Secured SECURED PORTION OF IRS LIEN ON DEBTOR'S PROPERTY. | $14,234.48 | $0.00 | $14,234.48 |
| 000018 050 4110-00 | JIN DE LAND 901 CORPORATE CENTER DRIVE #500 MONTEREY PARK, CA 91754 | Secured (18-1) Account Number (last 4 digits):2795 - LINKED TO SCH D. | $2,932,636.99 | $0.00 | $2,932,636.99 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: January 07, 2021 |

Case Number:  17-50562  
Debtor Name:  KONA GOLD, LLC

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $4,265,437.39 | $0.00 | $4,265,437.39 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-50562
Case Name: KONA GOLD, LLC
Trustee Name: W. Donald Gieseke, Trustee

| | Balance on hand | $ | 31,825.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Sally A. Targosh | $ 313,560.00 | $ 313,560.00 | $ 0.00 | $ 0.00 |
| 000004 | North American Mapping, Inc. | $ 26,691.70 | $ 26,691.70 | $ 0.00 | $ 0.00 |
| 000007A | INTERNAL REVENUE SERVICE | $ 14,234.48 | $ 14,234.48 | $ 0.00 | $ 0.00 |
| 000018 | JIN DE LAND | $ 2,932,636.99 | $ 2,932,636.99 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 31,825.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: W. Donald Gieseke, Trustee | $ 5,775.00 | $ 0.00 | $ 5,775.00 |
| Trustee Expenses: W. Donald Gieseke, Trustee | $ 93.50 | $ 0.00 | $ 93.50 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 975.75 | $ 0.00 | $ 975.75 |

| Total to be paid for chapter 7 administrative expenses | $ | 6,844.25 |
| Remaining Balance | $ | 24,981.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 574,260.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | LYON COUNTY TREASURER | $ 162.60 | $ 0.00 | $ 7.07 |
| 000006 | DARCY MCMILLIN | $ 12,850.00 | $ 0.00 | $ 559.00 |
| 000007B | INTERNAL REVENUE SERVICE | $ 551,540.05 | $ 0.00 | $ 23,993.15 |
| 000009 | NEVADA EMPLOYMENT SECURITY DIVISION | $ 952.86 | $ 0.00 | $ 41.46 |
| 000010 | AETNA, INC. | $ 8,086.50 | $ 0.00 | $ 351.78 |
| 000013 | State of Nevada Department of Taxation | $ 668.70 | $ 0.00 | $ 29.09 |
| | Total to be paid to priority creditors | | | $ 24,981.55 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 327,115.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LMI Engineering | $ 65,967.82 | $ 0.00 | $ 0.00 |
| 000005 | T.D. JEFFERSON | $ 12,534.63 | $ 0.00 | $ 0.00 |
| 000008 | DELTA DENTAL INSURANCE COMPANY | $ 250.16 | $ 0.00 | $ 0.00 |
| 000011 | ROBERT G. CUFFNEY | $ 13,200.00 | $ 0.00 | $ 0.00 |
| 000012 | Woodburn and Wedge | $ 40,000.00 | $ 0.00 | $ 0.00 |
| 000015 | SUMMIT COLLECTION SERVICES | $ 11,956.32 | $ 0.00 | $ 0.00 |
| 000019 | KATHERINE MCMANUS | $ 173,357.11 | $ 0.00 | $ 0.00 |
| 00006A | DARCY MCMILLIN | $ 9,800.00 | $ 0.00 | $ 0.00 |
| 000013A | STATE OF NEVADA DEPARTMENT OF TAXATION | $ 49.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____0.00

Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE