UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: §
§
KONA GOLD, LLC § Case No. 17-50562 BTB
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that W. Donald Gieseke, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
MARY SCHOTT
300 BOOTH STREET
RENO, NV 89509

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/31/2021 in Courtroom PHONE (888) 684-8852,
CLIFTON YOUNG FEDERAL BLDG & COURTHOUSE
300 BOOTH STREET RENO, NV 89509
ACCESS CODE 2981680#

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/27/2021    By: /s/W. Donald Gieseke
                                                                Bankruptcy Trustee


*W. Donald Gieseke, Trustee*
*18124 Wedge Parkway*
*Suite 518*
*Reno, NV 89511*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: §
§
KONA GOLD, LLC § Case No. 17-50562 BTB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,500.00 |
| and approved disbursements of | $ | 18,674.20 |
| leaving a balance on hand of[1] | $ | 31,825.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000002 | Sally A. Targosh | $ 313,560.00 | $ 313,560.00 | $ 0.00 | $ 0.00 |
| 000004 | North American Mapping, Inc. | $ 26,691.70 | $ 26,691.70 | $ 0.00 | $ 0.00 |
| 000007A | INTERNAL REVENUE SERVICE | $ 14,234.48 | $ 14,234.48 | $ 0.00 | $ 0.00 |
| 000018 | JIN DE LAND | $ 2,932,636.99 | $ 2,932,636.99 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 31,825.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: W. Donald Gieseke, Trustee | $ 5,775.00 | $ 0.00 | $ 5,775.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: W. Donald Gieseke, Trustee | $ 93.50 | $ 0.00 | $ 93.50 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 975.75 | $ 0.00 | $ 975.75 |

Total to be paid for chapter 7 administrative expenses    $ 6,844.25

Remaining Balance    $ 24,981.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 574,260.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | LYON COUNTY TREASURER | $ 162.60 | $ 0.00 | $ 7.07 |
| 000006 | DARCY MCMILLIN | $ 12,850.00 | $ 0.00 | $ 559.00 |
| 000007B | INTERNAL REVENUE SERVICE | $ 551,540.05 | $ 0.00 | $ 23,993.15 |
| 000009 | NEVADA EMPLOYMENT SECURITY DIVISION | $ 952.86 | $ 0.00 | $ 41.46 |
| 000010 | AETNA, INC. | $ 8,086.50 | $ 0.00 | $ 351.78 |
| 000013 | State of Nevada Department of Taxation | $ 668.70 | $ 0.00 | $ 29.09 |

Total to be paid to priority creditors    $ 24,981.55

Remaining Balance    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 327,115.76 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | LMI Engineering | $ 65,967.82 | $ 0.00 | $ 0.00 |
| 000005 | T.D. JEFFERSON | $ 12,534.63 | $ 0.00 | $ 0.00 |
| 000008 | DELTA DENTAL INSURANCE COMPANY | $ 250.16 | $ 0.00 | $ 0.00 |
| 000011 | ROBERT G. CUFFNEY | $ 13,200.00 | $ 0.00 | $ 0.00 |
| 000012 | Woodburn and Wedge | $ 40,000.00 | $ 0.00 | $ 0.00 |
| 000015 | SUMMIT COLLECTION SERVICES | $ 11,956.32 | $ 0.00 | $ 0.00 |
| 000019 | KATHERINE MCMANUS | $ 173,357.11 | $ 0.00 | $ 0.00 |
| 00006A | DARCY MCMILLIN | $ 9,800.00 | $ 0.00 | $ 0.00 |
| 000013A | STATE OF NEVADA DEPARTMENT OF TAXATION | $ 49.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $                0.00

Remaining Balance                                              $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                    Prepared By: /s/W. Donald Gieseke
                                       Bankruptcy Trustee

*W. Donald Gieseke, Trustee*
*18124 Wedge Parkway*
*Suite 518*
*Reno, NV 89511*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I, Mary Jo Gieseke, an employee of W. Donald Gieseke, Trustee, 18124 Wedge Pkwy., Suite 518, Reno, Nevada 89511 served a true and correct copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** to the names listed as below:

**OFFICE OF THE UNITED STATES TRUSTEE:**
    Via ECF System

**CREDITORS AND OTHER PARTIES OF INTEREST**
    On the parties and addresses set forth on the attached mailing list by placing a true copy thereof for collection and mailing in the United States Mail, at Reno, Nevada, first class mail, postage paid on February 27, 2021.

Dated this 27th day of February 2021

                          */s/ Mary Jo Gieseke*
                          Mary Jo Gieseke

| | | |
|---|---|---|
| AETNA, INC.<br>AARON MCCOLLOUGH<br>77 WEST WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 | CHARLES KOZAK<br>3100 MILL ST., STE 115<br>RENO, NV 89502-2217 | DELTA DENTAL INSURANCE COMPANY<br>C/O JONATHAN NEIL & ASSOC<br>POB 7000<br>TARZANA CA 91357-7000 |
| DEMETRAS & O'NEILL<br>230 E. LIBERTY STREET<br>RENO, NV 89501-2211 | INTERNAL REVENUE SERVICE<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JIN DE LAND<br>901 CORPORATE CENTER DRIVE #500<br>MONTEREY PARK, CA 91754-7666 |
| JOHN WHITE<br>335 W FIRST ST<br>RENO, NV 89503-5301 | KATHERINE MCMANUS<br>KATE MCMANUS<br>30 EMPEROR WAY<br>NAPA CA 94558-7204 | KERN & ASSOCIATES, LTD<br>ATTN: KAREN M. AYARBE, ESQ.<br>5421 KIETZKE LANE, SUITE 200<br>RENO, NV 89511-1025 |
| LAW OFFICES OF AMY N. TIRRE<br>AMY N. TIRRE, ESQ.<br>3715 LAKESIDE DRIVE, SUITE A<br>RENO, NV 89509 | LMI Engineering<br>1595 Ashbury Lane<br>Reno, NV 89523-1235 | LYON COUNTY TREASURER<br>27 SOUTH MAIN STREET<br>YERINGTON, NV 89447-2571 |
| NEVADA DEPARTMENT OF TAXATION<br>555 E. WASHINGTON AVENUE #1300<br>LAS VEGAS, Nevada 89101-1046 | NEVADA EMPLOYMENT SECURITY DIVISION<br>500 E. THIRD STREET<br>CARSON CITY, Nevada 89713-0002 | NORTH AMERICAN MAPPING, INC.<br>C/O KAREN M. AYARBE<br>5421 KIETZKE LANE, STE. 200<br>RENO, NV 89511-1025 |
| OFFICE OF THE U.S. TRUSTEE<br>300 BOOTH STREET, ROOM 3009<br>RENO, Nevada 89509-1362 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>1595 ASHBURY LANE<br>RENO, NV 89523-1235 | RICHARD LAPRAIRE<br>1595 ASBURY LANE<br>RENO, NV 89523-1235 |
| ROBERT CUFFNEY<br>7750 W 4TH ST #321<br>RENO, NV 89523-8915 | SALLY A. TARGOSH<br>C/O KOZAK LUSIANI LAW LLC<br>CHARLES R KOZAK ESQ<br>3100 MILL STREET SUITE 115<br>RENO NV 89502-2217 | State of Nevada Department of Taxation<br>555 E. Washington Ave. Ste#1300<br>Las Vegas, NV 89101-1046 |
| SUMMIT COLLECTION SERVICES<br>491 COURT STREET<br>RENO, NV 89501-1708 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 | W. DONALD GIESEKE<br>18124 WEDGE PKWY., STE 518<br>RENO, NV 89511-8134 |
| WILLIAM W. & SALLY A. TARGOSH<br>1002 WINTERS PARKWAY<br>DAYTON, NV 89403-6794 | WOODBURN & WEDGE<br>C/O SETH J. ADAMS, ESQ.<br>6100 NEIL LANE #500<br>RENO, NV 89511-1159 | |